IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,                      No. CIV S-07-1871 LKK GGH P

    vs.

D.K. SISTO, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to respond to defendants' discovery requests, pursuant to the court's order of April 10, 2008. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's June 4, 2008 (#17) request for a 30-day extension of time to respond to defendants' discovery requests is granted.

DATED: 06/19/08                                /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
wats1871.36