IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,                     No. CIV S-07-1871-LKK-GGH P

    vs.

D.K. SISTO, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). To the extent that plaintiff may have a painful mobility impairment which could inhibit his ability to proceed at trial, plaintiff is informed that he may renew his request for appointment of counsel should this action proceed to that stage. However, in the present case at this time, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Docket #22) is denied.

DATED: 07/25/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
wats1871.31(2)