James P. Baker (SBN 96302)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:   415.626.3939
Facsimile:    415.875.5700
jpbaker@jonesday.com

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Nyles Lawayne Watson,** | **Case No. CIV S-07-1871 LKK GGH P** |
| **Plaintiff,** | **JOINT STATUS CONFERENCE SCHEDULING REQUEST AND ORDER** |
| **v.** | |
| **D.K. Sisto, et al.,** | |
| **Defendants.** | |

  Plaintiff Nyles Lawayne Watson and Defendants Binoye Naku, M.D., Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., and Alvaro C. Traquina, M.D. file this Joint Status Conference Scheduling Request as follows:

  1. On December 23, 2008, the Court filed an Order appointing James P. Baker as counsel for plaintiff, Nyles Lawayne Watson, and directing the parties to schedule a status conference on its law and motion calendar within 60 days.

///

///

///

///

///

2.  Having coordinated with the courtroom deputy, the parties stipulate to appear on February 12, 2009 at 10:00 a.m. in Courtroom 24 of the Sacramento Federal Courthouse for a status conference in the above-referenced matter.

Dated: January 15, 2009                     Respectfully submitted,

JONES DAY

By: /s/ James P. Baker
    James P. Baker

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

Dated: January 12, 2009                     Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on January 12, 2009)
    Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO AND ALVARO C. TRAQUINA, M.D.

Dated: January 12, 2009                     Respectfully submitted,

WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams (as authorized on January 12, 2009)
    Kathleen J. Williams

Attorneys for Defendant
BINOYE NAKU, M.D.

**IT IS SO ORDERED.**

Dated: January 14, 2009

/s/ Gregory G. Hollows
United States District Magistrate Judge

Wats1871.hg