| | |
|---|---|
| James P. Baker (SBN 96302)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: 415.626.3939<br>Facsimile: 415.875.5700<br>jpbaker@jonesday.com | |

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Nyles Lawayne Watson,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**D.K. Sisto, et al.,**<br><br>       **Defendants.** | **Case No. CIV S-07-1871 LKK GGH P**<br><br>**STIPULATION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AND EXTEND DEADLINES AND ORDER** |

    Plaintiff Nyles Lawayne Watson and Defendants Binoye Naku, M.D., Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., and Alvaro C. Traquina, M.D. file this Stipulation to Withdraw Motion for Summary Judgment and Extend Deadlines as follows:

    1.    Defendants voluntarily withdraw their Motion for Summary Judgment dated November 18, 2008 (Dkt. #46).

    2.    Plaintiff shall have until May 25, 2009 to amend his Complaint and/or add parties.

    3.    The Parties will have until August 24, 2009 to conduct discovery in this case. Any motions to compel discovery shall be filed by that date. All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

4. Parties will have until November 23, 2009 to file all pretrial motions (including dispositive pretrial motions) other than motions to compel and motions in limine.

Dated: March 6, 2009 Respectfully submitted,

JONES DAY

By: /s/ James P. Baker
James P. Baker

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

Dated: March 6, 2009 Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on March 4, 2009)
Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO AND ALVARO C. TRAQUINA, M.D.

Dated: March 6, 2009 Respectfully submitted,

WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams (as authorized on March 3, 2009)
Kathleen J. Williams

Attorneys for Defendant
BINOYE NAKU, M.D.

**IT IS SO ORDERED. Docket #51 is moot per this stipulation.**

Dated: March 5, 2009 /s/ Gregory G. Hollows

United States District Magistrate Judge

Wats1871.ord