James P. Baker (SBN 96302)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: 415.626.3939
Facsimile: 415.875.5700
jpbaker@jonesday.com

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Nyles Lawayne Watson,**<br><br>       **Plaintiff,**<br><br>       v.<br><br>**D.K. Sisto, et al.,**<br><br>       **Defendants.** | **Case No. CIV S-07-1871 LKK GGH P**<br><br>**STIPULATION TO PERMIT ADDITIONAL INTERROGATORIES AND EXTEND RESPONSE DEADLINES FOR DISCOVERY REQUESTS AND ORDER** |

Plaintiff Nyles Lawayne Watson and Defendants Binoye Naku, M.D., Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., and Alvaro C. Traquina, M.D. file this Stipulation to Permit Additional Interrogatories and Extend Response Deadlines for Discovery Requests as follows:

1. Plaintiff shall be permitted to serve 25 additional interrogatories on each defendant.

2. Responses to Plaintiff's next set of interrogatories and requests for production of documents will be due 45 days after those requests are served.

3. Plaintiff shall have 45 days from the date of this stipulation to respond to Defendants' outstanding discovery requests.

//

**STIP. TO PERMIT ADDITIONAL INTERROGS AND EXTEND DEADLINES AND [PROPOSED] ORDER**
CIV S-07-1871 LKK GGH P

| | | |
|---|---|---|
| Dated: March 31, 2009 | | Respectfully submitted, |
| | | JONES DAY |
| | | By: /s/ James P. Baker |
| | | James P. Baker |
| | | Attorneys for Plaintiff |
| | | NYLES LAWAYNE WATSON |

Dated: March 31, 2009               Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on March 25, 2009)
Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO AND ALVARO C. TRAQUINA, M.D.

Dated: March 31, 2009               Respectfully submitted,

WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams (as authorized on March 25, 2009)
Kathleen J. Williams

Attorneys for Defendant
BINOYE NAKU, M.D.

**IT IS SO ORDERED.**

Dated: March 30, 2009               /s/ Gregory G. Hollows
The Honorable Gregory G. Hollows
United States District Magistrate Judge

wats1871.eot