1  James P. Baker (SBN 96302)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104-1500
3  Telephone:  415.626.3939
   Facsimile:  415.875.5700
4  jpbaker@jonesday.com

5  Attorneys for Plaintiff
   NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Nyles Lawayne Watson,<br><br>    Plaintiff,<br><br>v.<br><br>D.K. Sisto, et al.,<br><br>    Defendants. | Case No. CIV S-07-1871 LKK GGH P<br><br>STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER |

Plaintiff Nyles Lawayne Watson and Defendants Binoye Naku, M.D., Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., and Alvaro C. Traquina, M.D. file this Stipulation to Extend Deadlines as follows:

1. Plaintiff shall have until June 15, 2009 to amend his Complaint and/or add parties.

2. The Parties will have until September 14, 2009 to conduct discovery in this case. Any motions to compel discovery shall be filed by that date. All requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

//
//
//

3. The Parties will have until December 14, 2009 to file all pretrial motions (including dispositive pretrial motions) other than motions to compel and motions in limine.

Dated: May 14, 2009

Respectfully submitted,

JONES DAY

By: /s/ James P. Baker
    James P. Baker

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

Dated: May 14, 2009

Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on May 14, 2009)
    Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO AND ALVARO C. TRAQUINA, M.D.

Dated: May 14, 2009

Respectfully submitted,

WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams (as authorized on May 14, 2009)
    Kathleen J. Williams

Attorneys for Defendant
BINOYE NAKU, M.D.

IT IS SO ORDERED.

Dated: May 27, 2009

GREGORY G. HOLLOWS
The Honorable Gregory G. Hollows
United States District Magistrate Judge
Eastern District of California

SFI-610387v1