1  James P. Baker (SBN 96302)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
3  Telephone:    415.626.3939
   Facsimile:    415.875.5700
4  jpbaker@jonesday.com

5  Attorneys for Plaintiff
   NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Nyles Lawayne Watson,** | **Case No. CIV S-07-1871 LKK GGH P** |
| **Plaintiff,** | **STIPULATION TO PERMIT ADDITIONAL INTERROGATORIES AND EXTEND RESPONSE DEADLINES FOR DISCOVERY REQUESTS AND ORDER** |
| **v.** | |
| **D.K. Sisto, et al.,** | |
| **Defendants.** | |

Plaintiff Nyles Lawayne Watson and Defendants Binoye Naku, M.D., Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., and Alvaro C. Traquina, M.D. file this Stipulation to Permit Additional Interrogatories and Extend Response Deadlines for Discovery Requests as follows:

1.     Plaintiff shall be permitted to serve 25 additional interrogatories on each defendant.

2.     Responses to Plaintiff's next set of interrogatories and requests for production of documents will be due 45 days after those requests are served.

3.     Plaintiff shall have 45 days from the date of this stipulation to respond to Defendants' outstanding discovery requests.

//

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | By: /s/ James P. Baker |
| | | James P. Baker |
| 5 | | Attorneys for Plaintiff |
| 6 | | NYLES LAWAYNE WATSON |

Dated: June 2, 2009                         Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on March 25, 2009)
Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO AND ALVARO C. TRAQUINA, M.D.

Dated: June 2, 2009                         Respectfully submitted,

WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams (as authorized on March 25, 2009)
Kathleen J. Williams

Attorneys for Defendant
BINOYE NAKU, M.D.

**IT IS SO ORDERED.**

Dated: June 2, 2009

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows
United States District Magistrate Judge
Eastern District of California

Wats1871.dsc