1 | James P. Baker (SBN 96302)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:    415.626.3939
Facsimile:     415.875.5700
jpbaker@jonesday.com

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NYLES LAWAYNE WATSON,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., RICHARD TAN, M.D., JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., BINOYE NAKU M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON – SOLANO, AND DOES 1-5<br><br>Defendants. | Case No. CIV S-07-1871 LKK GGH P<br><br>**STIPULATION AND ORDER CONTINUING HEARING OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         August 6, 2009<br>Time:         10:00 A.M.<br>Dept:          24, 8th Floor<br>Trial Date:  N/A<br>Action Filed: September 10, 2007 |

   Plaintiff Nyles Lawayne Watson, Defendant Binoye Naku, M.D. ("Defendant Dr. Naku"), and Defendants Alfredo Noriega, M.D., Jason Rohrer, M.D., Dennis K. Sisto, Richard Tan, M.D., Alvaro C. Traquina, M.D., California Department of Corrections and Rehabilitation, and California State Prison – Solano (collectively, the "CDCR Defendants") file this Stipulation and [Proposed] Order Continuing Hearing of Defendants' Motion to Dismiss as follows:

   WHEREAS, the hearing of Defendant Dr. Naku's Motion to Dismiss and the CDCR Defendants' Motion to Dismiss is currently scheduled for August 6, 2009;

1   WHEREAS, Plaintiff's Notice of Voluntary Dismissal of His First Claim Against the
2   Institutional Defendants and His Third Claim Against The Individual Defendants In Their
3   Individual Capacity rendered Defendant Dr. Naku's Motion to Dismiss moot;
4   WHEREAS, a conflicting professional commitment has arisen on Plaintiff's counsel's
5   calendar on August 6, 2009 and the parties have agreed to continue the hearing of the CDCR
6   Defendants' Motion to Dismiss to August 13, 2009;
7   ///
8   ///
9   ///
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THE PARTIES HEREBY STIPULATE THAT:

    1.    The hearing of the CDCR Defendants' Motion to Dismiss is continued to August 13, 2009 at 10:00 a.m. in Courtroom 24.

| | |
|---|---|
| Dated: July 28, 2009 | Respectfully submitted, |
| | JONES DAY |
| | By: /s/ James P. Baker |
| |     James P. Baker |
| | Attorneys for Plaintiff |
| | NYLES LAWAYNE WATSON |
| Dated: July 28, 2009 | Respectfully submitted, |
| | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| | By: /s/ Catherine Woodbridge Guess (as authorized on July 23, 2009) |
| |     Catherine Woodbridge Guess, Deputy Attorney General |
| | Attorneys for Defendants JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., RICHARD TAN, M.D., DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND CALIFORNIA STATE PRISON –SOLANO |
| Dated: July 28, 2009 | Respectfully submitted, |
| | WILLIAMS & ASSOCIATES |
| | By: /s/ Kathleen J. Williams (as authorized on July 22, 2009) |
| |     Kathleen J. Williams |
| | Attorneys for Defendant |
| | BINOYE NAKU, M.D. |

**IT IS SO ORDERED.**

Dated: July 28, 2009        /s/ Gregory G. Hollows
                                          The Honorable Gregory G. Hollows
                                          United States District Magistrate Judge

Wats1871.eot3