IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,

vs.

DENNIS K. SISTO, et al.,

    Defendants.

_____/

Case No. CIV S-07-1871 LKK GGH P

STIPULATION TO EXTEND DEADLINES AND ORDER

Plaintiff Nyles Lawayne Watson and Defendants Dennis K. Sisto, Jason Rohrer, M.D., Richard Tan, M.D., Alvaro C. Traquina, M.D., California Department of Corrections and Rehabilitation, and California State Prison – Solano file this Stipulation to Extend Deadlines as follows:

//
//
//
//
//
//
//

1

1. The Parties agree to a 60-day extension of the remaining deadlines in this case, whereby the Parties will have until February 12, 2010 to file all pretrial motions (including dispositive pretrial motions) other than motions to compel and motions in limine.

Dated: October 27, 2009             Respectfully submitted,

                                    JONES DAY

                                    By: /s/ Matthew J. Silveria
                                        Matthew J. Silveria

                                    Attorneys for Plaintiff
                                    NYLES LAWAYNE WATSON

Dated: October 27, 2009             Respectfully submitted,

                                    ATTORNEY GENERAL OF THE STATE
                                    OF CALIFORNIA

                                    By: /s/ Catherine Woodbridge Guess (as
                                        authorized on October 21, 2009)
                                        Catherine Woodbridge Guess
                                        Deputy Attorney General

                                    Attorneys for Defendants
                                    JASON ROHRER, M.D., RICHARD TAN,
                                    M.D., DENNIS K. SISTEO AND ALVARO
                                    C. TRAQUINA, M.D.

IT IS SO ORDERED.

Dated: October 27, 2009             /s/ Gregory G. Hollows
                                    United States Magistrate Judge

wats1871.eotdd