Caroline N. Mitchell (Bar No. 143124)
Matthew J. Silveira (Bar No. 264250)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700
Email:  cnmitchell@jonesday.com
Email:  msilveira@jonesday.com

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NYLES LAWAYNE WATSON,** | **Case No. CIV S-07-1871 LKK GGH P** |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| v. | |
| **DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., RICHARD TAN, M.D., JASON ROHRER, M.D., ALFREDO NORIEGA, M.D., BINOYE NAKU M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON – SOLANO, AND DOES 1-5** | |
| Defendants. | |

1  On December 23, 2008, pursuant to General Order 230, Magistrate Judge Gregory G.
2  Hollows appointed James P. Baker of the Jones Day law firm to act as counsel for Plaintiff Nyles
3  Lawayne Watson in the above-referenced action.  Matthew J. Silveira of Jones Day entered a
4  Notice of Appearance as counsel for Plaintiff on October 21, 2009.  James P. Baker separated
5  from his employment with the law firm of Jones Day on December 31, 2009.
6  Pursuant to Local Rule 182(g), Plaintiff Nyles Lawayne Watson hereby provides notice
7  that he will no longer be represented by James P. Baker (the "Withdrawing Attorney").
8  In substitution for the Withdrawing Attorney, Plaintiff will be represented by Jones Day
9  attorney Caroline N. Mitchell in this matter.  Her contact information is as follows:

> Caroline N. Mitchell (Bar No. 143124)
> JONES DAY
> 555 California Street, 26th Floor
> San Francisco, CA  94104
> Telephone: (415) 626-3939
> Facsimile:  (415) 875-5700
> Email:  cnmitchell@jonesday.com

This document also serves as notice that Matthew J. Silveira of Jones Day will remain as an attorney of record for plaintiff in this action.

This withdrawal and substitution will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action.  Accordingly, Jones Day respectfully moves this Court to remove James P. Baker as attorney of record on this matter.  Caroline N. Mitchell will replace Mr. Baker as an attorney of record for Plaintiff Nyles Lawayne Watson.

Dated: January 19, 2010                                    Respectfully submitted,

                                                           JONES DAY


                                                           By:  /s/ Caroline N. Mitchell
                                                                Caroline N. Mitchell

1 | Dated: January ___, 2010                    PRIOR COUNSEL

                                              By: _____
                                                  James P. Baker
                                                  Attorneys for Plaintiff

                                                  NYLES LAWAYNE WATSON

Dated: January ____, 2010


                                              _____
                                              Nyles Lawayne Watson
                                              PLAINTIFF


**IT IS SO ORDERED.**

Dated: January 24, 2010             /s/ Gregory G. Hollows
                                    _____
                                    THE HON. GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

Wats1871.subs

- 2 -

SUBSTITUTION OF ATTORNEY AND (PROPOSED) ORDER
CIV S-07-1871 LKK GGH P