1  Caroline N. Mitchell (State Bar No. 143124)
   jpbaker@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104-1500
   Telephone:  415.626.3939
5  Facsimile:   415.875.5700
   Email:       cnmitchell@jonesday.com
6  Email:       msilveira@jonesday.com

7  Attorneys for Plaintiff
   NYLES LAWAYNE WATSON
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NYLES LAWAYNE WATSON, | Case No. CIV S-07-1871 LKK GGH P |
| Plaintiff, | STIPULATION TO EXTEND DEADLINES AND ORDER |
| v. | |
| DENNIS K. SISTO, et al., | |
| Defendants. | |

Plaintiff Nyles Lawayne Watson and Defendants Dennis K. Sisto, Jason Rohrer, M.D., Richard Tan, M.D., Alvaro C. Traquina, M.D., California Department of Corrections and Rehabilitation, and California State Prison – Solano file this Stipulation to Extend Deadlines as follows:

Pursuant to the Stipulation to Extend Deadlines and Order (Dkt. #85) filed on October 27, 2009, the deadline to file pretrial motions (including dispositive pretrial motions) other than motions to compel and motions in limine is currently February 12, 2010.

A hearing was held before this Court on August 13, 2009 on Defendants' Motion to Dismiss (Dkt. #66) and the matter was taken under submission. In light of this pending motion,

the parties hereby agree to the removal from the Court's calendar of the February 12, 2010 deadline. The parties further agree to hold a meet and confer session, within 30 days of receipt of the Court's Order on Defendant's Motion to Dismiss, for the purpose of agreeing to a new deadline for dispositive pretrial motions to propose to the Court.

Dated: January 25, 2010

Respectfully submitted,

JONES DAY

By: /s/ Matthew J. Silveira
     Matthew J. Silveira

Attorneys for Plaintiff
NYLES LAWAYNE WATSON

Dated: January 25, 2010

Respectfully submitted,

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess (as authorized on January 25, 2010)
     Catherine Woodbridge Guess, Deputy Attorney General

Attorneys for Defendants
JASON ROHRER, M.D., RICHARD TAN, M.D., DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND CALIFORNIA STATE PRISON - SOLANO

**IT IS SO ORDERED.**

Dated: Feb 2, 2010

**GREGORY G. HOLLOWS**
The Honorable Gregory G. Hollows
United States District Magistrate Judge
Eastern District of California

SFI-628616v1