1  Caroline N. Mitchell (State Bar No. 143124)
   jpbaker@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104-1500
   Telephone:  415.626.3939
5  Facsimile:   415.875.5700
   Email:       cnmitchell@jonesday.com
6  Email:       msilveira@jonesday.com

7  Attorneys for Plaintiff
   NYLES LAWAYNE WATSON
8

9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12                         SACRAMENTO DIVISION
13

| | |
|---|---|
| 14  NYLES LAWAYNE WATSON, | Case No. CIV S-07-1871 LKK GGH P |
| 15             Plaintiff, | STIPULATION TO EXTEND DEADLINES AND |
| 16       v. | ORDER |
| 17  DENNIS K. SISTO, et al., | |
| 18             Defendants. | |

19

20      Plaintiff Nyles Lawayne Watson and Defendants Dennis K. Sisto, Jason Rohrer, M.D.,
21 Richard Tan, M.D., Alvaro C. Traquina, M.D., California Department of Corrections and
22 Rehabilitation, and California State Prison – Solano file this Stipulation to Extend Deadlines as
23 follows:
24      Pursuant to the Stipulation to Extend Deadlines and Order (Dkt. #85) filed on October 27,
25 2009, the deadline to file pretrial motions (including dispositive pretrial motions) other than
26 motions to compel and motions in limine is currently February 12, 2010.
27      A hearing was held before this Court on August 13, 2009 on Defendants' Motion to
28 Dismiss (Dkt. #66) and the matter was taken under submission. In light of this pending motion,

1 the parties hereby agree to the removal from the Court's calendar of the February 12, 2010
2 deadline. The parties further agree to hold a meet and confer session, within 30 days of receipt of
3 the Court's Order on Defendant's Motion to Dismiss, for the purpose of agreeing to a new
4 deadline for dispositive pretrial motions to propose to the Court.

5 Dated: January 25, 2010         Respectfully submitted,

6                                 JONES DAY

8                                 By: /s/ Matthew J. Silveira
                                      Matthew J. Silveira

9                                 Attorneys for Plaintiff
10                                NYLES LAWAYNE WATSON

11 Dated: January 25, 2010         Respectfully submitted,

12                                ATTORNEY GENERAL OF THE STATE OF
                                  CALIFORNIA
13

14                                By: /s/ Catherine Woodbridge Guess (as
                                      authorized on January 25, 2010)
15                                    Catherine Woodbridge Guess, Deputy
                                      Attorney General
16

17                                Attorneys for Defendants
                                  JASON ROHRER, M.D., RICHARD TAN,
18                                M.D., DENNIS K. SISTO, ALVARO C.
                                  TRAQUINA, M.D., CALIFORNIA
19                                DEPARTMENT OF CORRECTIONS AND
                                  REHABILITATION, AND CALIFORNIA
20                                STATE PRISON - SOLANO

21 **IT IS SO ORDERED.**

22 Dated: Feb 2, 2010

                                  **GREGORY G. HOLLOWS**
23                                The Honorable Gregory G. Hollows
                                  United States District Magistrate Judge
24                                Eastern District of California
SFI-628616v1

STIP. TO EXTEND DEADLINES AND
[PROPOSED] ORDER
- 2 -   CIV S-07-1871 LKK GGH P