IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

      Plaintiff,                    No. 2:07-cv-01871 LKK KJN P

      vs.

D.K. SISTO et al.,

      Defendants.               ORDER

_____/

        In light of the Ninth Circuit's opinion in Rhodes v. Robinson, ___F.3d___, 2010 WL 3489777 (9th Cir. Sept. 8, 2010), the court vacates its findings and recommendations in this action filed on September 3, 2010 (Dkt. No. 92) for further consideration.  Amended findings and recommendations will be filed in due course.

        SO ORDERED.

DATED: September 22, 2010

                                      /s/ Kendall J. Newman
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE