UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NYLES LAWAYNE WATSON,** | Case No. CIV S-07-1871 LKK KJN P |
| **Plaintiff,** | **STIPULATION TO ESTABLISH SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE PRETRIAL MOTIONS AND [PROPOSED] ORDER** |
| v. | |
| **DENNIS K. SISTO, et al.,** | |
| **Defendants.** | |

WHEREAS, on February 2, 2010, the Court ordered the parties to meet and confer within 30 days of receipt of the Order on Defendants' Motion to Dismiss for purpose of agreeing to a new deadline for dispositive pretrial motions to propose to the Court;

WHEREAS, on March 3, 2011,[1] the Court's Order on Defendant's Motion to Dismiss became final:

Plaintiff Nyles Lawayne Watson and Defendants Dennis K. Sisto, Jason Rohrer, M.D., Richard Tan, M.D., Alvaro C. Traquina, M.D., California Department of Corrections and Rehabilitation, and California State Prison – Solano hereby stipulate by and through counsel to the following deadline for expert discovery and dispositive pretrial motions as follows:

---

[1] This stipulated date is in error.  The court's Findings and Recommendations filed February 14, 2011, became final on March 30, 2011, when adopted by the district judge.

| | | | |
|---|---|---|---|
| | 1. | Deadline to designate experts | April 15, 2011 |
| | 2. | Deadline to serve expert reports | May 16, 2011 |
| | 3. | Deadline to designate rebuttal experts | May 31, 2011 |
| | 4. | Deadline to serve rebuttal expert reports | June 29, 2011 |
| | 5. | Close of expert discovery | July 14, 2011 |
| | 6. | Deadline to file dispositive pretrial motions | August 12, 2011 |

Dated: March 29, 2011					Respectfully submitted,

							JONES DAY


							By: /s/ Matthew J. Silveira
							     Matthew J. Silveira

							Attorneys for Plaintiff
							NYLES LAWAYNE WATSON


Dated: March 29, 2011					Respectfully submitted,

							ATTORNEY GENERAL OF THE STATE OF CALIFORNIA


							By: /s/ Catherine Woodbridge Guess (as
							        authorized on March 29, 2011)
							     Catherine Woodbridge Guess, Deputy
							     Attorney General

							Attorneys for Defendants
							JASON ROHRER, M.D., RICHARD TAN, M.D., DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, AND CALIFORNIA STATE PRISON - SOLANO

**IT IS SO ORDERED.**

**DATED: March 31, 2011**

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE

SFI-666322v1							- 2 -			STIP TO ESTABLISH SCHEDULE AND [PROPOSED] ORDER
													CIV S-07-1871 LKK KJN PC