IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,   No. 2:07-cv-1871 LKK KJN P

    vs.

DENNIS K. SISTO, et al.,   STIPULATION TO EXTEND DEADLINES AND [~~PROPOSED~~] ORDER

    Defendants.

_____/

    Plaintiff Nyles Lawayne Watson, and Defendants Dennis K. Sisto, Jason Rohrer, M.D., Richard Tan, M.D., and Alvaro C. Traquina, M.D., file this Stipulation to Extend Deadlines as follows:

    Pursuant to the Stipulation to Establish Schedule for Expert Discovery and Dispositive Pretrial Motions and Order (Dkt. #99), filed on March 31, 2011, the deadline to file dispositive pretrial motions is August 12, 2011.  Due to the scheduling of a deposition after the close of expert discovery, the parties hereby agree to continue the deadline to file dispositive pretrial motions to August 26, 2011.

////

////

////

| | |
|---|---|
| Dated: July 20, 2011 | Respectfully submitted, |
| | JONES DAY |
| | By: /s/ Matthew J. Silveira<br>Matthew J. Silveira |
| | Attorneys for Plaintiff<br>NYLES LAWAYNE WATSON |
| Dated: July 20, 2011 | Respectfully submitted, |
| | ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |
| | By: /s/ Catherine Woodbridge Guess<br>(as authorized on July 20, 2011)<br>Catherine Woodbridge Guess,<br>Deputy Attorney General |
| | Attorneys for Defendants<br>JASON ROHRER, M.D., RICHARD TAN, M.D., DENNIS K. SISTO, ALVARO C. TRAQUINA, M.D., |

IT IS SO ORDERED.

DATED: July 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wats1871.stip.7.11.