KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZÁLEZ, STATE BAR NO. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-8216
 Fax:  (916) 322-8288
 E-mail:  Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendants Dr. Rohrer, Dr. Tan, Dr. Traquina and Mr. Sisto*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NYLES LAWAYNE WATSON,**<br><br>                                        Plaintiff,<br><br>  v.<br><br>**D. K. SISTO, et al.,**<br><br>                                        Defendants. | CIV-S-07-1871 LKK KJN<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; DECLARATION OF CATHERINE GUESS**<br><br>**[Fed. R. Civ. P. 56(a)]**<br><br>Date:         September 29, 2011<br>Time:        10:00 a.m.<br>Courtroom: 25<br>Judge         Hon. Kendall J. Newman<br>Trial Date:  None<br>Action Filed: September 10, 2007 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 29, 2011, or as soon thereafter as the matter may be heard in Courtroom 25 of the above-entitled court, located at 501 I Street, Sacramento, CA, defendants will move the court for summary judgment pursuant to Federal Rules of Civil Procedure Rule 56.  There are no triable issues of fact and Defendants are entitled to judgment, as a matter of law.

/ / /

/ / /

1

Notice and Motion and Motion for Summary Judgment; Decl. of Catherine Guess  (CIV-S-07-1871 LKK KJN)

1  The motion will be based on this Notice of Motion and Motion, the Memorandum of Points
2  and Authorities filed herewith, the Separate Statement of Undisputed Facts, the Declarations of
3  Catherine Guess, Dr. Jason Huffman, Dr. Jason Rohrer, Dr. Alvaro Traquina, Dennis Sisto, Gary
4  Swarthout and Tonia Lewis, the Requests for Judicial Notice and the pleadings and papers filed
5  herein.

Dated: August 15, 2011              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
STEVEN M. GEVERCER
Supervising Deputy Attorney General

*/s/ Catherine Woodbridge Guess*

CATHERINE WOODBRIDGE GUESS
Deputy Attorney General
*Attorneys for Defendants Dr. Rohrer, Dr. Tan, Dr. Traquina and Mr. Sisto*

**DECLARATION OF CATHERINE GUESS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Catherine Guess, declare:

1. I am attorney employed by the California Department of Justice, attorneys for Defendants herein.

2. Attached as Exhibit A to Defendants' Separate Statement of Undisputed Fact are the pertinent portions of the deposition transcript of Dr. Jason Rohrer, M.D. taken July 31, 2009.

3. Attached as Exhibit B to Defendants' Separate Statement of Undisputed Fact are the pertinent portions of the deposition transcript of Dr. Richard Tan, M.D. taken July 31, 2009.

4. Attached as Exhibit C to Defendants' Separate Statement of Undisputed Fact are the pertinent portions of the deposition transcript of Dr. Alvaro Traquina, M.D. taken August 7, 2009.

5. Attached as Exhibit D to Defendants' Separate Statement of Undisputed Fact is the Declaration of Dennis Sisto dated July 18, 2011, a Defendant in this action.

6. Attached as Exhibit E to Defendants' Separate Statement of Undisputed Fact is the Declaration of Gary Swarthout dated July 29, 2011, a Defendant in this action.

4. Attached as Exhibit F to Defendants' Separate Statement of Undisputed Fact is the Declaration of Tonia Lewis dated July 20, 2011, the Litigation Coordinator at CSP-Solano.

7. Attached as Exhibit G to Defendants' Separate Statement of Undisputed Fact are the pertinent portions of the deposition transcript of Dr. Jason Huffman, M.D. taken July 27, 2011.

8. Attached as Exhibit H to Defendants' Separate Statement of Undisputed Fact is the Declaration of Dr. Alvaro Traquina, M.D. executed on October 16, 2008, at the request of this Court.  (Docket No. 43).

9. Attached as Exhibit I to Defendants' Separate Statement of Undisputed Fact is the Declaration of Dr. Jason Huffman, M.D. executed at my request on November 1, 2009.  Dr. Huffman is a non-retained expert witness who was a treating physician for Plaintiff while Plaintiff was incarcerated at CSP-Solano.

10. Attached as Exhibit J to Defendants' Separate Statement of Undisputed Fact is the Declaration of Dr. Jason Rohrer, M.D. dated August 15, 2011, a Defendant in this action.

1  11. Attached as Exhibit K to Defendants' Separate Statement of Undisputed Fact are the pertinent portions of the deposition transcript of Dr. Sandra Shefrin, M.D. taken July 13, 2009.

12. Attached as Exhibit L to Defendants' Separate Statement of Undisputed Fact is the Declaration of Dr. Alvaro Traquina, M.D. dated July 27, 2011, a Defendant in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of August, 2011, at Sacramento, California.

/s/ Catherine Guess
Catherine Guess

SA2008300684
31287143.doc