RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 22 2012

FILED
DOCKETED_____
DATE    INITIAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NYLES LAWAYNE WATSON,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS K. SISTO, et al.,<br><br>Defendants. | Case No. CIV S-07-1871 LKK KJN P<br><br>NOTICE OF APPEAL |

Plaintiff Nyles Lawayne Watson in the above-named case appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, entered on March 9, 2012, including any and all interlocutory orders that gave rise to that judgment.

Dated: MARCH 17, 2012

By: *Nyles Lawayne Watson*
Nyles Lawayne Watson

FILED
MAR 22 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **NYLES LAWAYNE WATSON,** |  |
|  | CASE NO: **2:07−CV−01871−LKK −KJN** |
| V. |  |
| **GARY SWARTHOUT, ET AL.,** |  |

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/9/2012**

                                                                          Victoria C. Minor
                                                                          Clerk of Court

ENTERED: **March 9, 2012**

                                      by: /s/ L. Reader
                                                     Deputy Clerk